IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA MAXTON, and JON MAXTON )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NOVARTIS PHARMACEUTICALS )<br>CORPORATION, )<br>)<br>)<br>Defendant. ) | Cause No.: 3:20-cv-327 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Comes now the Plaintiffs, Lisa Maxton and Jon Maxton, by their undersigned attorneys, Freeark, Harvey & Mendillo, P.C., and for their Motion for Leave to File Amended Complaint, states:

1. That the plaintiffs wish to file an amended complaint to reflect its voluntary dismissal without prejudice of Defendants Novartis Corporation, Novartis AG, Novartis Institutes for Biomedical Research, Inc., and Novartis Vaccines and Diagnostics, Inc.

2. That a copy of the proposed Amended Complaint is attached hereto as Exhibit "A".

3. That the Plaintiffs' Amended Complaint is in response, in part, to the Defendants' Motion to Dismiss.

WHEREFORE, Plaintiffs, Lisa Maxton and Jon Maxton, respectfully request the Court to enter an Order allowing them to file their Amended Complaint *instanter* and for such other and further relief as the Court deems appropriate.

FREEARK, HARVEY & MENDILLO, P.C.


BY: /s/Michael P. Murphy
MICHAEL P. MURPHY #6205294
115 W. Washington Street, P.O. Box 546
Belleville, IL 62222-0546
618-233-2686 – 618-233-5677 (fax)
mmurphy@freeark.com
ATTORNEY FOR PLAINTIFFS

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing document was filed electronically with the Clerk of the District Court by using the CM/ECF system, and served upon all the attorneys of record of all parties by electronic service on this 8th day of May, 2020.


/s/Michael P. Murphy
Michael P. Murphy