# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA MAXTON and JON MAXTON, | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 3:20-cv-00327-RJD<br>) |
| v. | )<br>) |
| NOVARTIS CORPORATION, NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., and NOVARTIS VACCINES AND DIAGNOSTICS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Novartis Pharmaceuticals Corporation ("NPC"), the only defendant to be served in this case, does not oppose plaintiffs' motion to amend their Complaint a second time "to reflect [their] voluntary dismissal without prejudice of Defendants Novartis Corporation, Novartis AG, Novartis Institutes for Biomedical Research, Inc., and Novartis Vaccines and Diagnostics, Inc." Mot. for Leave to File Amend. Compl. 1 (ECF No. 14). As NPC stated in its motion to dismiss plaintiff's initial Complaint, these entities are not appropriate defendants in this lawsuit, and their dismissal is appropriate.

Plaintiffs' proposed Second Amended Complaint, however, contains the same fatal flaw as the previous two iterations. As explained in NPC's Motion to Dismiss plaintiffs' original complaint, plaintiffs failed to allege that Mrs. Maxton's pharmacist actually provided her with NPC's brand name product, Diovan HCT, rather than one of the widely available generic

versions that are sold by other companies and that are routinely substituted by pharmacists. *See* Mot. to Dismiss 7-8 (ECF No. 3); 225 Ill. Comp. Stat. Ann. 85/25 (permitting substitutions with generic versions). In addition to raising this pleading failure in its initial motion to dismiss, NPC's counsel subsequently and repeatedly raised with plaintiffs' counsel the need to plead and establish that Mrs. Maxton in fact received NPC's name-brand product from her pharmacist, rather than another company's generic product. NPC's counsel explained that because there were multiple generic equivalents available at that time, pharmacies routinely substituted those generic versions for NPC's brand name product. For that reason, reliance solely on the doctor's written prescription is insufficient evidence of product identification. Plaintiffs' counsel indicated they were obtaining pharmacy records to determine whether Mrs. Maxton in fact received NPC's product, but the proposed Second Amended Complaint remains deficient: it does not allege that BJC Employee Pharmacy actually dispensed NPC's product. Because the proposed Second Amended Complaint lacks product identification, an essential element of a product liability claim, it will be subject to dismissal.

If plaintiffs do not provide product identification information before the deadline for NPC to respond to plaintiffs' second amended complaint, it will be necessary for NPC to renew its motion to dismiss plaintiffs' complaint for failure to state a claim. This threshold issue must be addressed at the outset.

Dated: May 21, 2020
Respectfully submitted,

By: /s/ Charles J. Swartwout
Charles J. Swartwout, # 06190655
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223-0560
(618) 277-9000
Fax: (618) 277-4594
cswartwout@boylebrasher.com

Robert E. Johnston, Esq. (*Pro Hac Vice application forthcoming*)
Donald R. McMinn, Esq. (*Pro Hac Vice application forthcoming*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice application forthcoming*)
Hollingsworth LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Counsel for Defendant Novartis Pharmaceuticals Corporation*

# **CERTIFICATE OF SERVICE**

I certify that on this 21st day of May 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael P. Murphy
FREEARK, HARVEY & MENDILLO, P.C.
115 W. Washington Street, P.O. Box 546
Belleville, IL 62222-0546
mmurphy@freeark.com

*Attorney for Plaintiffs*

/s/ Charles J. Swartwout
Charles J. Swartwout