## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA MAXTON, and JON MAXTON ) | |
| ) | |
| Plaintiffs, ) | Cause No.: 3:20-cv-327 |
| ) | |
| v. ) | |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | |
| CORPORATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, LISA MAXTON and JON MAXTON, by and through their undersigned attorneys, Freeark, Harvey & Mendillo, P.C., and as for their Motion for Voluntary Dismissal With Prejudice, states as follows:

1. That subsequent to the filing of this suit it was determined through discovery that Plaintiff Lisa Maxton purchased a generic version of Diovan HCT, manufactured and distributed by Solco Healthcare LLC, through her employer pharmacy.

2. That prior to the filing of this suit Plaintiffs' counsel believed, upon Plaintiff Lisa Maxton's physician records, that she was prescribed and purchased Defendant's Diovan HCT product.

WHEREFORE, Plaintiffs, LISA MAXTON and JON MAXTON, respectfully request the Court to enter an Order voluntarily dismissing this matter with prejudice and for such other and further relief as the Court deems appropriate.

FREEARK, HARVEY & MENDILLO, P.C.

BY:   /s/Michael P. Murphy
      MICHAEL P. MURPHY #6205294

                                            115 W. Washington Street, P.O. Box 546
                                            Belleville, IL 62222-0546
                                            618-233-2686 – 618-233-5677 (fax)
                                            mmurhpy@freeark.com
                                            ATTORNEY FOR PLAINTIFFS

## **PROOF OF SERVICE**

      The undersigned certifies that a copy of the foregoing document was electronically served upon all the attorneys of record of all parties by electronic service on this 30th day of June, 2020.

                                            /s/John M. Skrabacz
                                            JOHN M. SKRABACZ